## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **TRAVIS MARKET,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **VS.** | : | |
| | : | **NO. 4:24-cv-160-CDL-AGH** |
| **Sheriff GREG COUNTRYMAN,** | : | |
| | : | |
| **Respondent.** | : | |

## <u>ORDER</u>

Petitioner Travis Market, a pretrial detainee in the Muscogee County Jail in Columbus, Georgia, filed a 28 U.S.C. § 2241 petition and moved to proceed *in forma pauperis*. ECF No. 4; ECF No. 5. Petitioner had a balance of $1,500.00 in his prison trust fund account. ECF No. 5. The Court, therefore, denied his request to proceed *in forma pauperis* and ordered him to pay the $5.00 filing fee. ECF No. 6. Petitioner failed to respond to the Order. The Court, therefore, ordered Petitioner to show cause why his action should not be dismissed for failure to follow the Court's Order to pay the $5.00 filing fee. ECF No 7. Petitioner was warned that failure to pay the filing fee or inform the Court of what action he had taken to pay the filing fee would result in the dismissal of his case. *Id*. Petitioner has not paid the filing fee or responded to the Order to Show Cause.

Due to Petitioner's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist*., 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b)

for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 27th day of March, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA